## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Taku Shibata

                         Plaintiff,

v.                                                   Case No.: 1:24−cv−00351

                                                    Honorable Virginia M. Kendall

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 5, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Briefing schedule set as to Defendants Artoide Mode and Horaldaily's Motion to Dismiss [28]. Responses due by 2/19/2024; Replies due by 2/26/2024. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.