**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TAKU SHIBATA, | |
| Plaintiff, | Case No.: 1:24-cv-00351 |
| v. | Judge Virginia M. Kendall |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Taku Shibata and the following defendants identified on Schedule A of the Complaint, file this joint Stipulation of Voluntary Dismissal, without prejudice:

| No. | Seller Name |
|---|---|
| 24 | Artoid |
| 91 | HoralDaily |

Defendant's Motion to Dismiss [28] is now moot.

Each party is to bear its own attorneys' fees, costs, and expenses.

DATED: February 22, 2024  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

*Lance Liu, Esq.*
Lance Liu (Bar No. 3002946)
Law Office of Lance Liu
15 Minuteman Circle
Southbury, CT 06488
Email: lanceliu2000@gmail.com
Telephone: (203)706-9536

**ATTORNEY FOR PLAINTIFF**                **ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 22, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

               */s/ Keith A. Vogt*
               Keith A. Vogt