**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TAKU SHIBATA,

      Plaintiff,                                 Case No.: 1:24-cv-00351

v.                                        Judge Virginia M. Kendall

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Sunil R. Harjani
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## <u>NOTICE OF MOTION</u>

      **PLEASE TAKE NOTICE** that on Tuesday, April 9, 2024, at 9:00 a.m., Plaintiff, by Plaintiff's counsel, shall appear in-person in Courtroom 2503 before the Honorable Virginia M. Kendall of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of Default Judgment against the Defendants Identified in First Amended Schedule A.

DATED: March 6, 2024                   Respectfully submitted,

                                      */s/ Keith A. Vogt*
                                      Keith A. Vogt (Bar No. 6207971)
                                      Keith Vogt, Ltd.
                                      33 West Jackson Boulevard, #2W
                                      Chicago, Illinois, 60604
                                      Telephone: 312-971-6752
                                      E-mail: keith@vogtip.com

                                    ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

_/s/ Keith A. Vogt_
Keith A. Vogt, Esq.