IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAKU SHIBATA, | |
| Plaintiff, | Case No.: 1:24-cv-00351 |
| v. | Judge Virginia M. Kendall |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 38 | gudk3kaldf |
| 53 | XuChangRenYueShangMaoYouXianGongSi1 |
| 83 | HUweishu1988 |
| 166 | Kiarsan |
| 63 | AngelYY |
| 105 | Vic2Vic |
| 107 | Roszwtit Mat |
| 111 | huanlixinwangluokeji |
| 192 | AusanFit |
| 96 | CenturyTee |
| 191 | ZA- |
| 178 | Micoolla |
| 167 | pretty_jessie |
| 26 | Flying flag |
| 45 | Boping Store |
| 146 | siyunianriyongpindian |

| | |
|---|---|
| 81 | RTGHYJIO |
| 62 | AIKEWO |
| 155 | ziwu |
| 62 | AIKEWO |
| 155 | ziwu |
| 1 | Cleaning Easy |
| 21 | a novelty |
| 50 | CG JAMP SHOP |
| 58 | One Thousand Lifestyles |

DATED: March 13, 2024               Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 13, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt