IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAKU SHIBATA, | |
| Plaintiff, | Case No.: 1:24-cv-00351 |
| v. | Judge Virginia M. Kendall |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 43 | zhoulelaixianshisi |
| 34 | LMSXCT |
| 7 | CROWNED BEAUTY |
| 92 | zhangguodie |
| 156 | linkunxiang |
| 174 | liuyanggg |
| 104 | HEALT |
| 100 | Monord |
| 106 | Lilgiuy Womens Fashion |
| 27 | Anhui Sitingka Trading Co., Ltd |
| 8 | HanBluering |
| 197 | kjhgfrtyujbv |
| 52 | fenghaoxiaodian |
| 126 | guiluwangluokeji |

DATED: April 9, 2024     Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 9, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt